**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 97-7108**

————————

BRETT C. KIMBERLIN,

Petitioner - Appellant,

versus

UNITED STATES PAROLE COMMISSION,

Respondent - Appellee.

————————

**No. 97-7452**

————————

BRETT C. KIMBERLIN,

Petitioner - Appellant,

versus

UNITED STATES PAROLE COMMISSION,

Respondent - Appellee.

————————

Appeals from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-97-1687-AW)

————————

Submitted:  June 10, 1998          Decided:  July 31, 1998

Before ERVIN and WILKINS, Circuit Judges, and HALL, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Brett C. Kimberlin, Appellant Pro Se. Tamera Lynn Fine, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Kimberlin v. United States Parole Comm'n, No. CA-97-1687-AW (D. Md. June 6, 20, and 27, 1997, and Aug. 29, 1997). Additionally, we grant Appellant's motion to suplement the record.  However, we deny Appellant's motions for sanctions and Appellee's motion to file a surreply. Further, we deny as moot Appellant's motion for expedited disposition of his appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED